# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAYTON WARMOTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-712-SLP |
| MEDTRONIC, INC., and<br>MEDTRONIC MINIMED, INC. | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 9th day of June, 2023, this action is dismissed. Plaintiff's claims for strict product liability, negligence, breach of express warranty, and breach of implied warranty as to the Insulin Pump are DISMISSED WITH PREJUDICE on preemption grounds. All other claims are DISMISSED WITHOUT PREJUDICE.

ENTERED this 9th day of June, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE